THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER B. MCCORMICK AND DEANNA L. MCCORMICK, <br><br> Defendants. | NO. CR04-5280 FDB <br><br> ORDER AMENDING CONDITIONS OF BOND |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the stipulated motion of the parties for an order amending the conditions of bond for defendant Roger McCormick, and the court having considered the records and files herein, NOW THEREFORE

IT IS HEREBY ORDERED that the conditions of the bond in this matter are amended to allow Mr. McCormick to leave the jurisdiction from April 13, 2005 to April 17, 2005.

DONE this 13th day of April, 2005.

/s/ Franklin D Burgess
THE HONORABLE FRANKLIN D. BURGESS

ORDER GRANTING STIPULATED
MOTION TO AMEND CONDITIONS
OF BOND - 1

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Presented by:

Roger McCormick, represented by:
JEFFREY STEINBORN, PLLC
s/ Jeffrey Steinborn, PLLC
WSBA #1938
1218 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone 206-622-5117
Fax 206-622-3848
jsteinborn@surlaw.com

ORDER GRANTING STIPULATED
MOTION TO AMEND CONDITIONS
OF BOND - 2

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848