1
2
3    **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5    **UNITED STATES OF AMERICA,**
6            **Plaintiff,**                    **Case No.  CR04-5280FDB**
7        **v.**                                **ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**
8    **ROGER McCORMICK,**
9            **Defendants.**
10
11
12   **THIS MATTER** comes on for a hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

13   The plaintiff appeared through Assistant United States Attorney, Patricia Lally.

14   The defendant appeared personally and represented by counsel, Jeffrey Steinborn.

15   The U.S. Pretrial Services Office filed a petition alleging violations of the terms and conditions of supervision by 1) Driving Under the Influence, Driving While License Suspended 2nd Degree, and Operation of a Motor Vehicle Without Ignition Interlock Device on or about January 5, 2006, and 2) consuming alcohol on or about January 5, 2006. The defendant was advised of the allegations and of his right to a hearing and the maximum consequences if found to have been in violation when he was before this court on January 30, 2006.  On January 31, 2006, the defendant freely and voluntarily acknowledged the alleged violation #2, consuming alcohol on or about January 5, 2006.

19   **NOW THEREFORE,** the court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the bond be revoked and the defendant be remanded into custody to begin serving his sentence immediately.

21   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

23                              **February 1, 2006.**
24
25                              ___s/ Karen L. Strombom___
                                **Karen L. Strombom, U.S. Magistrate Judge**
26
27
28

ORDER
Page - 1